UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 19069
   BRIAN GRAF
   BARBARA A GRAF                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-6116     SSN XXX-XX-9379
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/16/07 and confirmed on 12/12/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 47023.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TAYLOR BEAN & WHITAKER M | CURRENT MORTG | .00 | .00 | .00 |
| TAYLOR BEAN & WHITAKER M | MORTGAGE ARRE | 17000.00 | .00 | 17000.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| EVERGREEN OAK ELECTRIC S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 24508.61 | .00 | 24508.61 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHICAGO HO | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF CHIC PHYSI | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17000.00 | .00 | 24508.61 | .00 | 41508.61 |
| PRINCIPAL PAID | 17000.00 | .00 | 24508.61 | .00 | 41508.61 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 17000.00 | .00 | 24508.61 | .00 | 41508.61 |

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3500.00 and was paid $    500.00  direct and $   3000.00  through the plan.

The Trustee received $   2511.16 .

Refunds to the Debtor totaled $      3.23 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/11/09                       /S/
```

```
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 19069 BRIAN GRAF & BARBARA A GRAF
```